# SUMMONS
## (CITACION JUDICIAL)
## UNLAWFUL DETAINER—EVICTION
## (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**SUM-130**

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY FILED
Superior Court of California,
County of Sacramento
Unlawful Detainer Division
On: 06/17/09 11:40:47 AM
Endorsed By: J. Rogers

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
GAIL LOGAN, and DOES 1-10 inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ADDITIONAL PARTIES ATTACHMENT FORM ATTACHED

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day to file falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

[Spanish version of above notice]

**CASE NUMBER:** *(Número del Caso):*
**09UD05399**

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   Superior Court, County of Sacramento
   301 Bicentennial Circle
   Sacramento, CA 95826
   Carol Miller Justice Center

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   Amy Bong, Esq., SBN 258474                    949-477-5050
   WRIGHT, FINLAY & ZAK, LLP                     949-477-9200
   4665 MacArthur Court, Suite 280
   Newport Beach, CA 92660

3. *(Must be answered in all cases.)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415) ☐ did ☒ did not for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: June 17, 2009                    Clerk, by  *J. Rogers*       , Deputy
*(Fecha)*                              *(Secretario)* FILED ELECTRONICALLY  *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

4. NOTICE TO THE PERSON SERVED: You are served
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as an occupant
   d. ☐ on behalf of *(specify)*:
      under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
             ☐ CCP 415.46 (occupant)          ☐ other *(specify)*:
5. ☒ by personal delivery on *(date)*: Dennis B. Jones  [signature]



Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. January 1, 2004]

SUMMONS—UNLAWFUL DETAINER—EVICTION

Code of Civil Procedure §§ 412.20, 415.456, 1167
Page 1 of 2

Legal Solutions Plus

SUM-130

PLAINTIFF (Name): WELLS FARGO BANK, et al.

DEFENDANT (Name): GAIL LOGAN, and DOES 1-10 inclusive

CASE NUMBER: 09UD05399

6. Unlawful detainer assistant (complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):
   a. Assistant's name:
   b. Telephone no.:
   c. Street address, city, and ZIP:
   d. County of registration:
   e. Registration no.:
   f. Registration expires on (date):

Form No.: SUM-130 (Rev. January 1, 2004)

SUMMONS—UNLAWFUL DETAINER—EVICTION

Page 2 of 2

| | |
|---|---|
| SHORT TITLE: WELLS FARGO BANK, et al. v. GAIL LOGAN, and DOES 1-10 inclusive | CASE NUMBER: 09UD05399 |

**INSTRUCTIONS FOR USE**

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties (Check only one box. Use a separate page for each type of party.):

[X] Plaintiff    [ ] Defendant    [ ] Cross-Complainant    [ ] Cross-Defendant

WELLS FARGO BANK, NA AS TRUSTEE FOR THE LEHMAN ABS MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1

Page 3 of 3

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

SUM-200(A)



Page 1 of 1

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Amy Song, Esq., SBN 258474<br>WRIGHT, FINLAY & ZAK, LLP<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA 92660 | ELECTRONICALLY<br>F I L E D<br>Superior Court of California,<br>County of Sacramento<br>On: 06/17/09 11:40:47 AM<br>Unlawful Detainer Division<br>Endorsed By: M. Rodgers |
| TELEPHONE NO.: 949-477-5050   FAX NO.: 949-477-9200 | |
| ATTORNEY FOR (Name): WELLS FARGO BANK, et al. | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento | |
| STREET ADDRESS: 301 Bicentennial Circle | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: Sacramento, CA 95826 | |
| BRANCH NAME: Carol Miller Justice Center | |
| CASE NAME: WELLS FARGO BANK, et al. v. GAIL LOGAN,<br>and DOES 1-10 inclusive | |

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: 09UD05399 |
|---|---|---|---|
| ☐ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☒ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☒ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition (not specified above) (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☒ monetary   b. ☒ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action (specify): ONE (1)
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related cases. (You may use form CM-015.)
Date: June 16, 2009

Amy Song, Esq., SBN 258474
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

LegalSolutions®PLUS

FILE BY FAX

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

| | |
|---|---|
| CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address): | TELEPHONE NO.: |
| ATTORNEY FOR (Name): | FOR COURT USE ONLY |
| NAME OF COURT: Superior Court, County of Sacramento | |
| STREET ADDRESS: 301 Bicentennial Circle | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: Sacramento, CA 95826 | |
| BRANCH NAME: Carol Miller Justice Center | |
| PLAINTIFF: WELLS FARGO BANK, et al. | |
| DEFENDANT: GAIL LOGAN, and DOES 1-10 inclusive | |
| PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | CASE NUMBER: 09UD05399 |
| | DATE OF SERVICE: 6/17/9 (To be completed by the process server) (Date that this form is served or delivered, and posted, and mailed by the officer or process server) |

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

**Complete this form only if ALL of these statements are true:**
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.
3. You still occupy the premises.

**I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:**

1. My name is (specify):
2. I reside at (street address, unit No., city and ZIP code):
3. The address of "the premises" subject to this claim is (address): 1313 GRENDEL WY, SACRAMENTO, CALIFORNIA 95833
4. On (insert date): _____, the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. (This date is the court filing date on the accompanying Summons and Complaint.)
5. I occupied the premises on the date the complaint was filed (the date in item 4). I have continued to occupy the premises ever since.
6. I was at least 18 years of age on the date the complaint was filed (the date in item 4).
7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed (the date in item 4).
8. I was not named in the Summons and Complaint.
9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.
10. (Filing fee) I understand that I must go to the court and pay a filing fee of $ _____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

(Continued on reverse)

CP10.5 [New January 1, 1991]
PREJUDGMENT CLAIM OF RIGHT TO POSSESSION
Code of Civil Procedure, §§ 415.46, 715.010, 715.020, 1174.25
Legal Solutions Plus

PLAINTIFF (Name): WELLS FARGO BANK, et al.

DEFENDANT (Name): GAIL LOGAN, and DOES 1-10 inclusive

CASE NUMBER:

NOTICE: If you fail to file this claim, you will be evicted without further hearing.

11. (Response required within five days after you file this form) I understand that I will have five days (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. Rental agreement. I have (check all that apply to you):
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other (explain):

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

WARNING: Perjury is a felony punishable by imprisonment in the state prison.

Date: ........................................

........................................
(TYPE OR PRINT NAME)

▶ ........................................
(SIGNATURE OF CLAIMANT)

NOTICE: If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

- NOTICE TO OCCUPANTS -

YOU MUST ACT AT ONCE if all the following are true:
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed. (The date is the court filing date on the accompanying Summons and Complaint.)
3. You still occupy the premises.

(Where to file this form) You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

(What will happen if you do not file this form) If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. If you do not file this claim, you will be evicted without a hearing.

CP10.5 [New January 1, 1991]

PREJUDGMENT CLAIM OF RIGHT TO POSSESSION

Page two

WRIGHT, FINLAY & ZAK, LLP
Donna L. La Porte, Esq., SBN 93428
Cynthia N. Lam, Esq., SBN 256420
Amy Song, Esq., SBN 258474
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 477-9200

Attorney for Plaintiff,
WELLS FARGO BANK, NA AS TRUSTEE FOR THE LEHMAN ABS MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SACRAMENTO

WELLS FARGO BANK, NA AS TRUSTEE FOR THE LEHMAN ABS MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1,

    Plaintiff,

vs.

GAIL LOGAN, and DOES 1-10 inclusive,

    Defendants.

Case No.:  09UD05399

VERIFIED COMPLAINT FOR UNLAWFUL DETAINER AND DAMAGES
[UNDER $10,000.00]

Plaintiff, WELLS FARGO BANK, NA AS TRUSTEE FOR THE LEHMAN ABS MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 ("Plaintiff"), alleges:

1. Plaintiff is, and was at all times mentioned herein, a corporation authorized to do business and doing business within the State of California.

2. Plaintiff is informed and believes and thereon alleges that Defendants GAIL LOGAN and DOES 1-10, inclusive ("Defendants") are individuals, who reside at or are otherwise in possession of the property commonly known as 1313 GRENDEL WY, SACRAMENTO, CALIFORNIA 95833,

-1-
VERIFIED COMPLAINT FOR UNLAWFUL DETAINER AND DAMAGES

together with detached garage and separate structures, if any ("Property"), which Property is located within this judicial district.

3. Plaintiff seeks to recover possession of the Property by this action.

4. The true names or capacities, whether individual, corporate, associate or otherwise of Defendants named herein as DOES 1-10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names, and Plaintiff will amend this Complaint to show their true names and capacities when the same have been ascertained.

5. On May 28, 2009, a foreclosure sale was held and Plaintiff took title to the Property at the foreclosure sale and received an executed Trustee's Deed Upon Sale, which was recorded in the Official Records in the office of the County Recorder of SACRAMENTO County, CALIFORNIA. A true and correct copy of the Trustee's Deed Upon Sale is attached hereto as Exhibit "1" and is incorporated herein by reference.

6. After Plaintiff acquired title to the Property, Plaintiff caused to be duly served on Defendants a written notice requiring them to quit and deliver up possession of the Property to Plaintiff within the time period set forth in such notice ("Notice to Quit"), a true and correct copy of which is attached hereto as Exhibit "2" and incorporated by reference.

7. As of the date hereof, the time to deliver up possession of the Property as set forth in the Notice to Quit has expired, but Defendants have failed and refused to deliver up possession of the property.

8. Defendants continue in possession of said Property without Plaintiff's permission or consent.

9. The reasonable value of the use and occupancy of the Property is $50.00 per day, and damages have accrued to Plaintiff at that rate since May 28, 2009, and will continue to accrue at that rate so long as Defendants remain in possession of the Property.

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. Restitution and possession of the Property to Plaintiff;

2. For an Order directing Defendants to quit and deliver up possession of the Property to Plaintiff;

---

VERIFIED COMPLAINT FOR UNLAWFUL DETAINER AND DAMAGES

2

09UD05399

3. Damages at the rate of $50.00 per day commencing on May 28, 2009 and continues each day that Defendants continue in possession of the Property up to date of judgment herein;

4. For an order terminating the lease, if any, under which Defendants occupy the premises;

5. Costs of suit herein; and

6. Such other and further relief as the court deems just and proper.

Respectfully Submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: June 16, 2009

By: _____
Amy Song, Esq.
Attorney for Plaintiff, WELLS FARGO BANK, NA AS TRUSTEE FOR THE LEHMAN ABS MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1

# VERIFICATION

STATE OF CALIFORNIA )
COUNTY OF ORANGE )

I, Amy Song, declare:

I am an attorney at law duly admitted and licensed to practice before all courts of this State and I have my professional office at 4665 MacArthur Court, Suite 280, Newport Beach, County of Orange, California 92660. I make this Verification as the Plaintiff is absent from the County of Orange, California.

I have read the foregoing Complaint and know its contents.

I am informed and believe and on that ground allege that the matters stated therein are true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Verification is executed at Newport Beach, California on June 16, 2009.

_____
AMY SONG

Trustee's Deed Upon Sale

Recording requested by:

When recorded mail to:
ResMAE Mortgage Corp.
7101 College Blvd.
Suite 1400
Overland Park, KS 66210

Forward tax statements to the address given above

THIS IS TO CERTIFY THAT THIS IS A FULL,
TRUE AND CORRECT COPY OF THE ORIGINAL
RECORDED IN THE OFFICE OF THE COUNTY

RECORDING FEE: $14.00
RECORDED ON: June 4, 2009
AS DOCUMENT NO: BK: 090604 / PG: 473
BY: s/ Robert Stone
LSI TITLE COMPANY (CA)

_____
Space above this line for recorder's use

TS # CA-09-233301-ED          Order # 090034153-CA-GTI         Loan # 1002530012

A.P.N.: 225-0800-058-0000                                Transfer Tax: $0.00

## Trustee's Deed Upon Sale

The undersigned grantor declares:
The grantee herein IS the foreclosing beneficiary.
The amount of the unpaid debt together with costs was: $282,788.87
The amount paid by the grantee at the trustee sale was: $138,600.00
The documentary transfer tax is: None
Said property is in the City of: SACRAMENTO, County of SACRAMENTO

QUALITY LOAN SERVICE CORPORATION, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to

Wells Fargo Bank, NA as Trustee for the Lehman ABS Mortgage Loan Trust Mortgage Pass-Through Certificates, SERIES 2007-1

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of SACRAMENTO, State of California, described as follows:
LOT 567, AS SHOWN ON THE "PLAT OF WOODBRIDGE UNIT NO. 63", RECORDED IN BOOK 129 OF MAPS, MAP NO. 1, RECORDS OF SAID COUNTY.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by GAIL LOGAN, AN UNMARRIED WOMAN, as trustor, dated 2/8/2007, and recorded on 2/23/2007 as Instrument number xx, in Book 20070223, Page 1518 of Official Records in the office of the Recorder of SACRAMENTO, California, under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed trustee, default having occurred under the Deed of Trust pursuant to the Notice of Breach and Election to Sell under the Deed of Trust recorded on 1/23/2009, instrument no. , Book 090123, Page 1037, of Official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after the recording and

EXHIBIT "A"

09UD05399

Trustee's Deed Upon Sale

Page 2

a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

Default occurred as set forth in a Notice of Breach and Election to Sell which was recorded in the office of the Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Breach and Election to Sell or the personal delivery of the copy of the Notice of Breach and Election to Sell and the posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on 5/28/2009 at the place named in the Notice of Sale, in the County of SACRAMENTO, California, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount being $138,600.00 in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date: 5/28/2009

QUALITY LOAN SERVICE CORPORATION

By: _____
Lori Paaschen, Assistant Secretary

State of California )
County of San Diego )

On 6-2-09 before me, Michelle Nguyen a notary public, personally appeared Lori Paaschen, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
Michelle Nguyen

(Seal)
MICHELLE NGUYEN
COMM. #1805032
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
Comm. Exp. MAY 8, 2010

THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

EXHIBIT "A"

09UD05399

# NOTICE TO QUIT

TO: GAIL LOGAN
AND ALL OCCUPANT(S), TENANTS, OR SUBTENANTS IN POSSESSION
of the premises located at:

1313 GRENDEL WY
SACRAMENTO, CALIFORNIA, 95833

Please be advised that the property located at 1313 GRENDEL WY, SACRAMENTO, CALIFORNIA, 95833 was duly sold to **WELLS FARGO BANK, NA AS TRUSTEE FOR THE LEHMAN ABS MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1**, in accordance with Section 2924 of the Civil Code of the State of California, on May 28, 2009, under the power of sale contained in a Deed of Trust recorded in the official records of SACRAMENTO County, California. Title under the sale has been duly perfected.

**NOTICE IS HEREBY GIVEN** that: (i) within **Three (3) Days** after service of this Notice, in the event you are in possession of the Property and are the original owner or a successor owner of the Property **or** (ii) within **Sixty (60) Days** after service of this Notice, in the event you are in possession of the Property as a tenant or subtenant, you are required to quit and deliver up possession of the Property to the undersigned, who is authorized to receive the same, or the undersigned will institute legal proceedings against you to recover possession of said Property and for damages as provided by law.

This Notice to you is given pursuant to the provisions of the California Code of Civil Procedure Section 1161a.

This communication is for the purpose of collecting a debt, and any information obtained from the occupant(s) will be used for that purpose. This notice is required by the provision of the Fair Debt Collections Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the Bankruptcy Law of the United States.

DATED: June 10, 2009

WRIGHT, FINLAY & ZAK, LLP
WELLS FARGO BANK, NA AS TRUSTEE FOR THE
LEHMAN ABS MORTGAGE LOAN TRUST
MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2007-1,

By: _____
Cynthia V. Lam, Esq.
Shannon Baker
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Telephone: (949) 797-1311
Fax: (949) 477-9200

EXHIBIT "2"

09UD05399

**PROOF OF SERVICE**

I, the undersigned, declare that I served the Notice(s) below indicated:
Notice to Quit

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME: GAIL LOGAN
ADDRESS: 1313 GRENDEL Way, SACRAMENTO, CA 95833

[ ] 1. PERSONAL SERVICE

By delivering a copy of the Notice(s) to each of the above personally:
 (1) on:
 (2) at:

[X] 2. CONSTRUCTIVE SERVICE

After due and diligent effort, by service of said Notice(s) as authorized by C.C.P. Section 1162 (2,3) on each of the above named parties in the manner set forth below:

[X] By leaving a copy for each of the above named parties on 6/11/2009 at 4:20 PM with Miss Logan, Tenants Daughter. A black female approx. 25-30 years of age 5'6"-5'8" in height weighing 160-180 lbs with blonde hair, and thereafter mailing a copy to each of the above named parties by depositing said copies in the United States mail on (date): June 11th, 2009, from (city): SACRAMENTO, CA, in a sealed envelope, with postage fully prepaid, addressed to each of the above named parties at their place of residence or,

[ ] a declaration of mailing is attached.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Person who served papers
a. Name: Mitchell Scott
b. Address: 501 12TH STREET, SACRAMENTO, CA 95814
c. Telephone number: 916-449-8900
d. The fee for service was: $175.00
e. I am:
 (1) [ ] not a registered California process server.
 (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
 (3) [X] registered California process server:
   (i) [ ] owner  [ ] employee  [X] independent contractor
   (ii) [X] Registration No.: 2008-04
   (iii) [X] County: Sacramento

Date: 6/12/2009

[X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
or
[ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Mitchell Scott
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

PROOF OF SERVICE

Order No. 80662262 ORC
Page 1 of 1

EXHIBIT "2"

09UD05399

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:
Notice to Quit

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME: ALL UNKNOWN OCCUPANTS, C/O GAIL LOGAN
ADDRESS: 1313 GRENDEL Way, SACRAMENTO, CA 95833

[ ] 1. PERSONAL SERVICE

By delivering a copy of the Notice(s) to each of the above personally:
(1) or:
(2) at

[X] 2. CONSTRUCTIVE SERVICE

After due and diligent effort, by service of said Notice(s) as authorized by C.C.P. Section 1162 (2,3) on each of the above named parties in the manner set forth below:

[X] By leaving a copy for each of the above named parties on 6/11/2009 at 4:20 PM with Miss Logan, Tenants Daughter, A black female approx. 25-30 years of age 5'6"-5'8" in height weighing 160-180 lbs with blondle hair.

[X] By posting a copy for each of the above named parties on 6/11/2009 at 4:20 PM in a conspicuous place on the property;

[X] and thereafter mailing a copy to each said party by depositing said copies in the United States mail on (date); June 11th, 2009, from (city): SACRAMENTO, CA, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated or,

[ ] a declaration of mailing is attached.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Person who served papers
a. Name: Mitchell Scott
b. Address: 901 12TH STREET, SACRAMENTO, CA 95814
c. Telephone number: 916-448-8900
d. The fee for service was: $
e. I am
   (1) [ ] not a registered California process server.
   (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
   (3) [X] registered California process server.
       (i) [ ] owner [ ] employee [X] independent contractor
       (ii) [X] Registration No.: 2008-04
       (iii) [X] County: Sacramento

Date: 6/12/2009

[ ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
or
[X] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Mitchell Scott
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)

PROOF OF SERVICE

EXHIBIT "2"

09UD05399

Order No. 80662262 ORC
Page 1 of 1