1  MONA Z. HANNA, ESQ. SBN 131439
2  JEFFREY D. FARROW, ESQ. SBN 180019
   MICHELMAN & ROBINSON, LLP
3  4 Hutton Centre Drive, Suite 300
   Santa Ana, CA 92707
4  Tel: 714-557-7990; Fax: 714-557-7991

5  Attorneys for Defendants AMERICA HOMEKEY, INC.

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  WILLIAM D. BARDIN,              )  Case No. 2:09-CV-01593-WBS-KJM
                                    )  Assigned For All Purposes to:
12            Plaintiff,            )  Hon. Kim J. Mueller
                                    )  Dept.
13       v.                         )
                                    )
14  COUNTRYWIDE HOME LOANS,         )  **ANSWER TO COMPLAINT**
    INC., AMERICA HOMEKEY, INC.,    )
15  MORTGAGE ELECTRONIC             )  **DEMAND FOR JURY TRIAL**
    REGISTRATION SYSTEMS, INC.,     )
16  U.S. FUNDING GROUP, INC., JOHN  )
    MORRIS                          )
17                                  )  Complaint:  June 8, 2009
              Defendants.           )
18                                  )

19  _____

20      COME NOW Defendant AMERICA HOMEKEY, INC., ("Defendant") hereby

21  answer the complaint filed by WILLIAM D. BARDIN ("Plaintiff") as follows:

22                  **JURISDICTION AND VENUE**

23      1.      Defendant lacks sufficient information and belief to respond to the

24  allegations set forth in paragraph 1 of the complaint, and, on said basis, denies said

25  allegations.

26      2.      Defendant lacks sufficient information and belief to respond to the

27

28
                                    1
                          ANSWER TO COMPLAINT
94540

allegations set forth in paragraph 2 of the complaint, and, on said basis, deny said allegations.

3.    Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 3 of the complaint, and, on said basis, deny said allegations.

4.    Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 4 of the complaint, and, on said basis, deny said allegations.

5.    Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 5 of the complaint, and, on said basis, deny said allegations.

6.    Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 6 of the complaint, and, on said basis, deny said allegations.

7.    Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 7 of the complaint, and, on said basis, deny said allegations.

8.    Defendant admits that it is a corporation engaged in mortgage banking and related business as alleged in paragraph 8 of the complaint.  Defendant lacks sufficient information and belief to respond to the remaining allegations set forth in paragraph 8 of the complaint, and, on said basis, deny said allegations.

9.    Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 9 of the complaint, and, on said basis, deny said allegations.

10.    Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 10 of the complaint, and, on said basis, deny said allegations.

**ANSWER TO COMPLAINT**

94540

1    11.    Defendant lacks sufficient information and belief to respond to the
2  allegations set forth in paragraph 11 of the complaint, and, on said basis, deny said
3  allegations.

4    12.    Defendant lacks sufficient information and belief to respond to the
5  allegations set forth in paragraph 12 of the complaint, and, on said basis, deny said
6  allegations.

7    13.    Defendant lacks sufficient information and belief to respond to the
8  allegations set forth in paragraph 13 of the complaint, and, on said basis, deny said
9  allegations.

10    14.    Defendant lacks sufficient information and belief to respond to the
11  allegations set forth in paragraph 14 of the complaint, and, on said basis, deny said
12  allegations.

13    15.    Defendant lacks sufficient information and belief to respond to the
14  allegations set forth in paragraph 15 of the complaint, and, on said basis, deny said
15  allegations.

16  **FACTUAL BACKGROUND**

17    16.    Defendant lacks sufficient information and belief to respond to the
18  allegations set forth in paragraph 16 of the complaint, and, on said basis, deny said
19  allegations.

20    17.    Defendant lacks sufficient information and belief to respond to the
21  allegations set forth in paragraph 17 of the complaint, and, on said basis, deny said
22  allegations.

23    18.    Defendant lacks sufficient information and belief to respond to the
24  allegations set forth in paragraph 18 of the complaint, and, on said basis, deny said
25  allegations.

26    19.    Defendants deny the allegations set forth in paragraph 19 of the
27  complaint.

28

**ANSWER TO COMPLAINT**
94540

1      20.     Defendants deny the allegations set forth in paragraph 20 of the

2 complaint.

3      21.     Defendant lacks sufficient information and belief to respond to the

4 allegations set forth in paragraph 21 of the complaint, and, on said basis, deny said

5 allegations.

6      22.     Defendant lacks sufficient information and belief to respond to the

7 allegations set forth in paragraph 22 of the complaint, and, on said basis, deny said

8 allegations.

9      23.     Defendant lacks sufficient information and belief to respond to the

10 allegations set forth in paragraph 23 of the complaint, and, on said basis, deny said

11 allegations.

12      24.     Defendant lacks sufficient information and belief to respond to the

13 allegations set forth in paragraph 24 of the complaint, and, on said basis, deny said

14 allegations.

15      25.     Defendant lacks sufficient information and belief to respond to the

16 allegations set forth in paragraph 25 of the complaint, and, on said basis, deny said

17 allegations.

18      26.     Defendant lacks sufficient information and belief to respond to the

19 allegations set forth in paragraph 26 of the complaint, and, on said basis, deny said

20 allegations.

21      27.     Defendant lacks sufficient information and belief to respond to the

22 allegations set forth in paragraph 27 of the complaint, and, on said basis, deny said

23 allegations.

24      28.     Defendant lacks sufficient information and belief to respond to the

25 allegations set forth in paragraph 28 of the complaint, and, on said basis, deny said

26 allegations.

27      29.     Defendant lacks sufficient information and belief to respond to the

28

**ANSWER TO COMPLAINT**

94540

1  allegations set forth in paragraph 29 of the complaint, and, on said basis, deny said
2  allegations.

3    30.    Defendant lacks sufficient information and belief to respond to the
4  allegations set forth in paragraph 30 of the complaint, and, on said basis, deny said
5  allegations.

6    31.    Defendant lacks sufficient information and belief to respond to the
7  allegations set forth in paragraph 31 of the complaint, and, on said basis, deny said
8  allegations.

9    32.    Defendant lacks sufficient information and belief to respond to the
10  allegations set forth in paragraph 32 of the complaint, and, on said basis, deny said
11  allegations.

12    33.    Defendant lacks sufficient information and belief to respond to the
13  allegations set forth in paragraph 33 of the complaint, and, on said basis, deny said
14  allegations.

15    34.    Defendant lacks sufficient information and belief to respond to the
16  allegations set forth in paragraph 34 of the complaint, and, on said basis, deny said
17  allegations.

18    35.    Defendant lacks sufficient information and belief to respond to the
19  allegations set forth in paragraph 35 of the complaint, and, on said basis, deny said
20  allegations.

21    36.    Defendant lacks sufficient information and belief to respond to the
22  allegations set forth in paragraph 36 of the complaint, and, on said basis, deny said
23  allegations.

24    37.    Defendant lacks sufficient information and belief to respond to the
25  allegations set forth in paragraph 37 of the complaint, and, on said basis, deny said
26  allegations.

27    38.    Defendant lacks sufficient information and belief to respond to the
28

**ANSWER TO COMPLAINT**

94540

1 allegations set forth in paragraph 38 of the complaint, and, on said basis, deny said
2 allegations.

3     39.     Defendant lacks sufficient information and belief to respond to the
4 allegations set forth in paragraph 39 of the complaint, and, on said basis, deny said
5 allegations.

6     40.     Defendant lacks sufficient information and belief to respond to the
7 allegations set forth in paragraph 40 of the complaint, and, on said basis, deny said
8 allegations.

9     41.     Defendant lacks sufficient information and belief to respond to the
10 allegations set forth in paragraph 41 of the complaint, and, on said basis, deny said
11 allegations.

12     42.     Defendant lacks sufficient information and belief to respond to the
13 allegations set forth in paragraph 42 of the complaint, and, on said basis, deny said
14 allegations.

15     43.     Defendant lacks sufficient information and belief to respond to the
16 allegations set forth in paragraph 43 of the complaint, and, on said basis, deny said
17 allegations.

18     44.     Defendant lacks sufficient information and belief to respond to the
19 allegations set forth in paragraph 44 of the complaint, and, on said basis, deny said
20 allegations.

21     45.     Defendant lacks sufficient information and belief to respond to the
22 allegations set forth in paragraph 45 of the complaint, and, on said basis, deny said
23 allegations.

24     46.     Defendant lacks sufficient information and belief to respond to the
25 allegations set forth in paragraph 46 of the complaint, and, on said basis, deny said
26 allegations.

27 **FIRST CAUSE OF ACTION**

**ANSWER TO COMPLAINT**

94540

# VIOLATION OF TRUTH IN LENDING ACT

## 15 U.S.C. § 1601, et seq.

47.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 47 of the complaint, and, on said basis, deny said allegations.

48.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 48 of the complaint, and, on said basis, deny said allegations.

49.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 49 of the complaint, and, on said basis, deny said allegations.

50.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 50 of the complaint, and, on said basis, deny said allegations.

51.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 51 of the complaint, and, on said basis, deny said allegations.

52.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 52 of the complaint, and, on said basis, deny said allegations.

53.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 53 of the complaint, and, on said basis, deny said allegations.

54.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 54 of the complaint, and, on said basis, deny said allegations.

55.     Defendant lacks sufficient information and belief to respond to the

**ANSWER TO COMPLAINT**

94540

1   allegations set forth in paragraph 55 of the complaint, and, on said basis, deny said
2   allegations.

3      56.  Defendant lacks sufficient information and belief to respond to the
4   allegations set forth in paragraph 56 of the complaint, and, on said basis, deny said
5   allegations.

6      57.  Defendant lacks sufficient information and belief to respond to the
7   allegations set forth in paragraph 57 of the complaint, and, on said basis, deny said
8   allegations.

9

10  **SECOND CAUSE OF ACTION**

11  **VIOLATION OF CALIFORNIA ROSENTHAL ACT**

12  **(Against Defendants Bank of America, America HomeKey, Inc., and**

13  **Mortgage Electronic and Registration Systems, Inc.)**

14     58.  Defendant lacks sufficient information and belief to respond to the
15  allegations set forth in paragraph 58 of the complaint, and, on said basis, deny said
16  allegations.

17     59.  Defendant lacks sufficient information and belief to respond to the
18  allegations set forth in paragraph 59 of the complaint, and, on said basis, deny said
19  allegations.

20     60.  Defendant lacks sufficient information and belief to respond to the
21  allegations set forth in paragraph 60 of the complaint, and, on said basis, deny said
22  allegations.

23

24  **THIRD CAUSE OF ACTION**

25  **NEGLIGENCE**

26  **(Against all Defendants)**

27     61.  Defendant lacks sufficient information and belief to respond to the

28

**ANSWER TO COMPLAINT**

94540

1 | allegations set forth in paragraph 61 of the complaint, and, on said basis, deny said
2 | allegations.

3 | 62.    Defendant lacks sufficient information and belief to respond to the
4 | allegations set forth in paragraph 62 of the complaint, and, on said basis, deny said
5 | allegations.

6 | 63.    Defendant lacks sufficient information and belief to respond to the
7 | allegations set forth in paragraph 63 of the complaint, and, on said basis, deny said
8 | allegations.

9 | 64.    Defendant lacks sufficient information and belief to respond to the
10 | allegations set forth in paragraph 64 of the complaint, and, on said basis, deny said
11 | allegations.

12 | 65.    Defendant lacks sufficient information and belief to respond to the
13 | allegations set forth in paragraph 65 of the complaint, and, on said basis, deny said
14 | allegations.

15 | 66.    Defendant lacks sufficient information and belief to respond to the
16 | allegations set forth in paragraph 66 of the complaint, and, on said basis, deny said
17 | allegations.

18
19 | **FOURTH CAUSE OF ACTION**
20 | **VIOLATION OF REAL ESTATE SETTLEMENT PROCEDURES ACT**
21 | **12 U.S.C. § 2605 et seq.**

22 | 67.    Defendant lacks sufficient information and belief to respond to the
23 | allegations set forth in paragraph 67 of the complaint, and, on said basis, deny said
24 | allegations.

25 | 68.    Defendant lacks sufficient information and belief to respond to the
26 | allegations set forth in paragraph 68 of the complaint, and, on said basis, deny said
27 | allegations.

28

9

**ANSWER TO COMPLAINT**

94540

69.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 69 of the complaint, and, on said basis, deny said allegations.

70.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 70 of the complaint, and, on said basis, deny said allegations.

71.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 71 of the complaint, and, on said basis, deny said allegations.

72.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 72 of the complaint, and, on said basis, deny said allegations.

73.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 73 of the complaint, and, on said basis, deny said allegations.

74.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 74 of the complaint, and, on said basis, deny said allegations.

## FIFTH CAUSE OF ACTION
## BREACH OF FIDUCIARY DUTY
### (Against Defendants John Morris, US Funding Group, Inc., and America HomeKey, Inc.)

75.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 75 of the complaint, and, on said basis, deny said allegations.

76.     Defendant lacks sufficient information and belief to respond to the

**ANSWER TO COMPLAINT**

94540

1  allegations set forth in paragraph 76 of the complaint, and, on said basis, deny said

2  allegations.

3      77.    Defendant lacks sufficient information and belief to respond to the

4  allegations set forth in paragraph 77 of the complaint, and, on said basis, deny said

5  allegations.

6      78.    Defendant lacks sufficient information and belief to respond to the

7  allegations set forth in paragraph 78 of the complaint, and, on said basis, deny said

8  allegations.

9      79.    Defendant lacks sufficient information and belief to respond to the

10  allegations set forth in paragraph 79 of the complaint, and, on said basis, deny said

11  allegations.

12      80.    Defendant lacks sufficient information and belief to respond to the

13  allegations set forth in paragraph 80 of the complaint, and, on said basis, deny said

14  allegations.

15      81.    Defendant lacks sufficient information and belief to respond to the

16  allegations set forth in paragraph 81 of the complaint, and, on said basis, deny said

17  allegations.

18      82.    Defendant lacks sufficient information and belief to respond to the

19  allegations set forth in paragraph 82 of the complaint, and, on said basis, deny said

20  allegations.

21      83.    Defendant lacks sufficient information and belief to respond to the

22  allegations set forth in paragraph 83 of the complaint, and, on said basis, deny said

23  allegations.

24      84.    Defendant lacks sufficient information and belief to respond to the

25  allegations set forth in paragraph 84 of the complaint, and, on said basis, deny said

26  allegations.

27      85.    Defendant lacks sufficient information and belief to respond to the

28

**ANSWER TO COMPLAINT**

94540

1  allegations set forth in paragraph 85 of the complaint, and, on said basis, deny said

2  allegations.

3

4  ### SIXTH CAUSE OF ACTION

5  ### FRAUD

6  ### (Against all Defendants)

7      86.    Defendant lacks sufficient information and belief to respond to the

8  allegations set forth in paragraph 86 of the complaint, and, on said basis, deny said

9  allegations.

10      87.    Defendant lacks sufficient information and belief to respond to the

11  allegations set forth in paragraph 87 of the complaint, and, on said basis, deny said

12  allegations.

13      88.    Defendant lacks sufficient information and belief to respond to the

14  allegations set forth in paragraph 88 of the complaint, and, on said basis, deny said

15  allegations.

16      89.    Defendant lacks sufficient information and belief to respond to the

17  allegations set forth in paragraph 89 of the complaint, and, on said basis, deny said

18  allegations.

19      90.    Defendant lacks sufficient information and belief to respond to the

20  allegations set forth in paragraph 90 of the complaint, and, on said basis, deny said

21  allegations.

22      91.    Defendant lacks sufficient information and belief to respond to the

23  allegations set forth in paragraph 91 of the complaint, and, on said basis, deny said

24  allegations.

25      92.    Defendant lacks sufficient information and belief to respond to the

26  allegations set forth in paragraph 92 of the complaint, and, on said basis, deny said

27  allegations.

28

**ANSWER TO COMPLAINT**

94540

93.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 93 of the complaint, and, on said basis, deny said allegations.

## SEVENTH CAUSE OF ACTION

## VIOLATIONS OF CALIFORNIA BUSINESS & PROFESSIONS CODE § 17200

### (Against all Defendants)

94.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 94 of the complaint, and, on said basis, deny said allegations.

95.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 95 of the complaint, and, on said basis, deny said allegations.

96.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 96 of the complaint, and, on said basis, deny said allegations.

97.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 97 of the complaint, and, on said basis, deny said allegations.

98.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 98 of the complaint, and, on said basis, deny said allegations.

ANSWER TO COMPLAINT

94540

# EIGHTH CAUSE OF ACTION

## BREACH OF CONTRACT

### (Against Defendants John Morris, U.S. Funding Group, Inc. and America HomeKey, Inc.)

99.      Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 99 of the complaint, and, on said basis, deny said allegations.

100.      Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 100 of the complaint, and, on said basis, deny said allegations.

101.      Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 101 of the complaint, and, on said basis, deny said allegations.

102.      Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 102 of the complaint, and, on said basis, deny said allegations.

103.      Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 103 of the complaint, and, on said basis, deny said allegations.

104.      Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 104 of the complaint, and, on said basis, deny said allegations.

**ANSWER TO COMPLAINT**

94540

# NINTH CAUSE OF ACTION

## BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

### (Against all Defendants)

105.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 105 of the complaint, and, on said basis, deny said allegations.

106.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 106 of the complaint, and, on said basis, deny said allegations.

107.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 107 of the complaint, and, on said basis, deny said allegations.

108.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 108 of the complaint, and, on said basis, deny said allegations.

109.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 109 of the complaint, and, on said basis, deny said allegations.

110.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 110 of the complaint, and, on said basis, deny said allegations.

111.     Defendant lacks sufficient information and belief to respond to the allegations set forth in paragraph 111 of the complaint, and, on said basis, deny said allegations.

112.     Defendant lacks sufficient information and belief to respond to the

**ANSWER TO COMPLAINT**

94540

1    allegations set forth in paragraph 112 of the complaint, and, on said basis, deny said

2    allegations.

3          113.      Defendant lacks sufficient information and belief to respond to the

4    allegations set forth in paragraph 113 of the complaint, and, on said basis, deny said

5    allegations.

6          114.      Defendant lacks sufficient information and belief to respond to the

7    allegations set forth in paragraph 114 of the complaint, and, on said basis, deny said

8    allegations.

9

10                    <u>FIRST AFFIRMATIVE DEFENSE</u>

11                (TO ALL CAUSES OF ACTION PLED AS TO

12                  THIS ANSWERING DEFENDANT)

13          115.      The complaint and each cause of action pled fails to state facts upon

14    which any relief can be obtained.

15                 <u>SECOND AFFIRMATIVE DEFENSE</u>

16                (TO ALL CAUSES OF ACTION PLED AS TO

17                  THIS ANSWERING DEFENDANT)

18          116.      Defendant is informed and believes, and based thereon alleges, that

19    Plaintiff is entitled to none of the relief requested.

20                  <u>THIRD AFFIRMATIVE DEFENSE</u>

21                (TO ALL CAUSES OF ACTION PLED AS TO

22                  THIS ANSWERING DEFENDANT)

23          117.      Defendant is informed and believes, and based thereon alleges, that

24    Plaintiff is entitled to none of the relief requested as Plaintiff's claims are time barred.

25                <u>FOURTH AFFIRMATIVE DEFENSE</u>

26                (TO ALL CAUSES OF ACTION PLED AS TO

27

28

**ANSWER TO COMPLAINT**

94540

THIS ANSWERING DEFENDANT)

118.   Defendant is informed and believes, and based thereon alleges, that Plaintiff is entitled to none of the relief requested under the doctrine of res judicata.

### FIFTH AFFIRMATIVE DEFENSE

(TO ALL CAUSES OF ACTION PLED AS TO

THIS ANSWERING DEFENDANT)

119.   Defendant is informed and believes, and based thereon alleges, that Plaintiff is entitled to none of the relief requested under the doctrine of collateral estoppel.

### SIXTH AFFIRMATIVE DEFENSE

(TO ALL CAUSES OF ACTION PLED AS TO

THIS ANSWERING DEFENDANT)

120.   Defendant is informed and believes, and based thereon alleges, that Plaintiff is entitled to none of the relief requested as the actions of Defendant were legally and factually justified.

### SEVENTH AFFIRMATIVE DEFENSE

(TO ALL CAUSES OF ACTION PLED AS TO

THIS ANSWERING DEFENDANT)

121.   Defendant is informed and believes, and based thereon alleges, that Plaintiff is entitled to none of the relief requested as the actions of Defendant were privileged.

### EIGHTH AFFIRMATIVE DEFENSE

(TO ALL CAUSES OF ACTION PLED AS TO

THIS ANSWERING DEFENDANT)

122.   Defendant is informed and believes, and based thereon alleges, that Plaintiff is entitled to none of the relief requested as he was not record owner of the

17

94540

subject property on the date(s) of the alleged actions.

NINTH AFFIRMATIVE DEFENSE

(TO ALL CAUSES OF ACTION PLED AS TO

THIS ANSWERING DEFENDANT)

123.    Defendant is informed and believes, and based thereon alleges, that Plaintiff is not entitled to any of the relief requested under the doctrine of unclean hands.

TENTH AFFIRMATIVE DEFENSE

(TO ALL CAUSES OF ACTION PLED AS TO

THIS ANSWERING DEFENDANT)

124.    Defendant is informed and believes, and based thereon alleges, that Plaintiff is not entitled to any of the relief requested as the complaint was filed in violation of FRCP 11.

WHEREBY, Defendant prays for judgment as follows:

1.    That Plaintiff take nothing by virtue of the Complaint;

2.    For costs incurred herein;

3.    For reasonable attorneys fees; and

4.    For other and further appropriate relief as the Court deems just and proper.

Dated:  July 7, 2009            **MICHELMAN & ROBINSON, LLP**

By: _____

MONA Z. HANNA, ESQ.
JEFFREY D. FARROW, ESQ.
Attorneys for Defendant
AMERICA HOMEKEY, INC.

18

**ANSWER TO COMPLAINT**

94540

# DEMAND FOR JURY TRIAL

Defendant hereby demand trial by jury.

Dated:  July 7, 2009

**MICHELMAN & ROBINSON, LLP**

By: _____

MONA Z. HANNA, ESQ.
JEFFREY D. FARROW, ESQ.
Attorneys for Defendant
AMERICA HOMEKEY, INC.

2

**ANSWER TO COMPLAINT**

94540

1

2

# PROOF OF SERVICE

3

## Case Name: Bardin v. Countrywide Home Loans, Inc., et al.
## USDC (Eastern District) Case No.: 2:09-CV-01593-WBS-KJM

4

5        I, the undersigned, declare under penalty of perjury that I am over the

6 age of eighteen and not a party to the within action. I am employed in the County of Orange, State of California. My business address is 4 Hutton Centre Dr., Suite

7 300, Santa Ana, California 92707.

8        On July 7, 2009, I served the foregoing document described as    ANSWER

9 TO COMPLAINT    on all interested parties in this action as follows:

10 ### SEE ATTACHED SERVICE LIST

11

12 (X)    **BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of

13 the Court's Electronic Case Filing System.

14

15 (X)    **BY U.S. MAIL** for parties that are not CM/ECF participants.  I caused such envelope to be deposited in the mail at Santa Ana, California.  The envelope

16 was mailed with postage thereon fully prepaid. I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited

17 with U.S. Postal Service on that same day in the ordinary course of  business. I

18 am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit

19 for mailing in affidavit.

20

21 (X)    (FEDERAL)  I declare under penalty of perjury that the foregoing is true and correct.

22

23        Executed on July 7, 2009 at Santa Ana, California.

24

25 _____
Henrietta McCarthy

26

27

28

1

## SERVICE LIST

## Service by Electronic Case Filing System:

**Michael J.M. Brook, Esq.**
Lanahan and Reilley LLP
600 Bicentennial Way, Ste. 300
Santa Rosa, CA 9540308-286-8932
T: 707-524-4200
F: 707-523-4610
*Email: mbrook@lanahan.com*
Attorney for Plaintiff, WILLIAM D. BARDIN


**Robert Alan Padway, Esq.**
Bryan Cave LLP
2 Embarcadero Center, Ste. 1410
San Francisco, CA 94111
T: 415-675-3428
F: 415-675-3434
*Email: robertpadway@bryancave.com*
Attorney for Defendant, COUNTRYWIDE HOME LOANS, INC.

**Robert Alan Padway, Esq.**
Bryan Cave LLP
2 Embarcadero Center, Ste. 1410
San Francisco, CA 94111
T: 415-675-3428
F: 415-675-3434
*Email: robertpadway@bryancave.com*
Attorney for Defendant, MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

2