1  **BRYAN CAVE LLP**
   Robert E. Boone III, California Bar No. 132780
2  120 Broadway, Suite 300
   Santa Monica, CA 90401-2386
3  Telephone:   (310) 576-2100
   Facsimile:   (310) 576-2200
4  Email:       reboone@bryancave.com

5  **BRYAN CAVE LLP**
   Robert A. Padway, California Bar No. 48439
6  David N. de Ruig, California Bar No. 258005
7  Two Embarcadero Center, Suite 1410
   San Francisco, CA 94111-3907
8  Telephone:   (415) 675-3400
   Facsimile:   (415) 675-3434
9  Email:       robert.padway@bryancave.com
                david.deruig@bryancave.com
10
11 Attorneys for Defendants
   COUNTRYWIDE HOME LOANS, INC. and
12 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (erroneously sued as
   MORTGAGE ELECTRONIC SYSTEMS, INC.)
13
14
15                    **UNITED STATES DISTRICT COURT**
16            **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**
17

| | |
|---|---|
| 18  WILLIAM D. BARDIN, | Case No. 2:09-CV-01593-WBS-KJM |
| 19        Plaintiff, | [Assigned to Honorable William B. Shubb] |
| 20        vs. | **NOTICE OF WITHDRAWAL OF MOTION TO DISMISS COMPLAINT AND MOTION TO STRIKE OF DEFENDANTS COUNTRYWIDE HOME LOANS, INC. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |
| 21  COUNTRYWIDE HOME LOANS, INC., AMERICA HOMEKEY, INC., MORTGAGE | |
| 22  ELECTRONIC SYSTEMS, INC., US FUNDING GROUP, INC., JOHN MORRIS, and DOES 1-20 | |
| 23  inclusive, | |
| 24        Defendants. | Date:      October 13, 2009<br>Time:      2:00 p.m. |
| 25 | Courtroom: 5, 14th Floor<br>           501 "I" Street |
| 26 |            Sacramento, CA 95814 |
| 27 | |
| 28 | |

SF01DOCS14669.1

NOTICE OF WITHDRAWAL;
Case No. 2:09-CV-01593-WBS-KJM

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that defendants COUNTRYWIDE HOME LOANS, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. hereby withdraw their Notices of Motions and Motion to Dismiss Complaint and Motion to Strike filed on August 6, 2009 and set for hearing on October 13, 2009 (Docket #11) in light of Plaintiff's First Amended Complaint filed September 28, 2009 (Docket #13).

Defendants COUNTRYWIDE HOME LOANS, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. intend to submit a Motion to Dismiss and Motion to Strike in regard to Plaintiff's First Amended Complaint.

Dated:  October 7, 2009

**BRYAN CAVE LLP**
Robert E. Boone III
James Goldberg
David N. de Ruig

By:  /s/ David N. de Ruig
　　　David N. de Ruig
　　　Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (erroneously sued as MORTGAGE ELECTRONIC SYSTEMS, INC.)

BRYAN CAVE LLP
2 EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111

SF01DOCS14669.1

1

NOTICE OF WITHDRAWAL;
Case No. 2:09-CV-01593-WBS-KJM

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, CA 90401. My email address is ddkinder@bryancave.com.

On October 7, 2009, I served the foregoing document described as **NOTICE OF WITHDRAWAL OF MOTION TO DISMISS COMPLAINT AND MOTION TO STRIKE OF DEFENDANTS COUNTRYWIDE HOME LOANS, INC. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, by delivering a true copy thereof in a sealed envelope addressed as follows:

>   Michael Brook (SBN 139595)
>   Lanahan & Reilly LLP
>   Attorneys at Law
>   600 Bicentennial Way, Suite 300
>   Santa Rosa, California  95403
>   (707) 524-4200 FAX (707 523 4610
>   e-mail mbrook@lanahan.com
>   *Attorneys for Plaintiff*

☒    (**VIA ELECTRONIC SERVICE**):  The document was served via The United States District Court–Eastern District of California's CM/ECF electronic transfer system which generates a Notice of Electronic Filing (NEF) upon the parties, the assigned judge and any registered user in the case.

Executed on October 7, 2009, at Santa Monica, California.

☒    (FEDERAL ONLY)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

              /s/ Diane Kinder
              Diane Kinder

SF01DOCS14669.1                         2

NOTICE OF WITHDRAWAL;
Case No. 2:09-CV-01593-WBS-KJM