**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:   (310) 576-2100
Facsimile:   (310) 576-2200
Email:       reboone@bryancave.com

**BRYAN CAVE LLP**
Robert A. Padway, California Bar No. 48439
David N. de Ruig, California Bar No. 258005
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
Email:       robert.padway@bryancave.com
             david.deruig@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and BAC HOME LOANS SERVICING, LP

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM D. BARDIN,<br><br>   Plaintiff,<br><br>   vs.<br><br>COUNTRYWIDE HOME LOANS, INC., AMERICA HOMEKEY, INC., MORTGAGE ELECTRONIC SYSTEMS, INC., US FUNDING GROUP, INC., JOHN MORRIS, and DOES 1-20 inclusive,<br><br>   Defendants. | Case No. 2:09-CV-01593-WBS-KJM<br><br>**NOTICE OF RELATED CASES**<br><br>[L.R. 83-123] |

SF01DOCS14754.1

1 **TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES**
2 **AND THEIR ATTORNEYS OF RECORD:**
3   Defendants COUNTRYWIDE HOME LOANS, INC., MORTGAGE ELECTRONIC
4 REGISTRATION SYSTEMS, INC., and BAC HOME LOANS SERVICING, LP hereby notify
5 the Court that the above-entitled action is related to *William D. Bardin v. Countrywide Home*
6 *Loans, et al.*, Case No. 2:09-CV-1592-GEB-KJM (E.D. Cal.), in that Plaintiff William D. Bardin's
7 First Amended Complaint filed herein concerns the same loan transaction, property (4525
8 McDonald Drive, Sacramento, California), and claims for relief as the related action previously
9 filed on June 8, 2009.

12 Dated: October 13, 2009

**BRYAN CAVE LLP**
Robert E. Boone III
James Goldberg
David N. de Ruig

By: /s/ David N. de Ruig
    David N. de Ruig
    Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.;
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.; and BAC HOME LOANS
SERVICING, LP

BRYAN CAVE LLP
2 EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111

SF01DOCS14754.1                  1

NOTICE OF RELATED CASES;
Case No. 2:09-CV-01593-WBS-KJM