**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:   (310) 576-2100
Facsimile:   (310) 576-2200
Email:   reboone@bryancave.com

**BRYAN CAVE LLP**
Robert A. Padway, California Bar No. 48439
David N. de Ruig, California Bar No. 258005
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
Email:   robert.padway@bryancave.com
         david.deruig@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and BAC HOME LOANS SERVICING, LP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. BARDIN,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., AMERICA HOMEKEY, INC., MORTGAGE ELECTRONIC SYSTEMS, INC., US FUNDING GROUP, INC., JOHN MORRIS, and DOES 1-20 inclusive,<br><br>Defendants. | Case No. 2:09-CV-01593-WBS-KJM<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT OCTOBER 19, 2009 JOINT STATUS CONFERENCE**<br><br>Date: Monday, October 19, 2009<br>Time: 2:00 p.m.<br>Courtroom: 5, 14th Floor<br>  501 "I" Street,<br>  Sacramento, CA  95814<br>Judge:  The Honorable William B. Shubb |

SF01DOCS14786.1

REQUEST FOR TELEPHONIC APPEARANCE;
Case No. 2:09-CV-01593-WBS-KJM

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to this Court's Standing Order, Defendants COUNTRYWIDE HOME LOANS, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and BAC HOME LOANS SERVICING, LP ("Defendants") hereby request to appear telephonically at the Joint Status Conference in the above-entitled action, currently scheduled for Monday, October 19, 2009, at 2:00 p.m., the Honorable William B. Shubb presiding. Counsel for Defendants is not located within this District, but rather maintains offices at 2 Embarcadero Center, Suite 1410, San Francisco California, 94111. Counsel for Defendants, David N. de Ruig, can be reached at (415) 675-3409.

Dated: October 13, 2009

**BRYAN CAVE LLP**
Robert E. Boone III
James Goldberg
David N. de Ruig

By: /s/ David N. de Ruig
    David N. de Ruig
    Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and BAC HOME LOANS SERVICING, LP

# [PROPOSED] ORDER

Before the Court is the REQUEST FOR TELEPHONIC APPEARANCE of Defendants COUNTRYWIDE HOME LOANS, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and BAC HOME LOANS SERVICING, LP ("Defendants"). Having reviewed Defendants' REQUEST FOR TELEPHONIC APPEARANCE, the Court finds that good cause exists for GRANTING the Request.

IT IS ORDERED THAT Defendants' REQUEST FOR TELEPHONIC APPEARANCE is granted.

Dated: _____        _____
                         Hon. William B. Shubb, District Court Judge
                         United States District Court
                         Eastern District of California