# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

WILLIAM D. BARDIN ,

              V.                      **SUMMONS IN A CIVIL CASE**

COUNTRYWIDE HOME LOANS, INC. , ET AL. ,

                                 CASE NO:  2:09−CV−01593−WBS−KJM

TO:  BAC Home Loans Servicing, LP
Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

MICHAEL J.M. BROOK
LANAHAN & REILLEY
600 BICENTENNIAL DR., STE 300
SANTA ROSA CA 95403

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

VICTORIA C. MINOR
CLERK

/s/ H. Kaminski

(By) DEPUTY CLERK



ISSUED ON 2009−09−30 16:19:08.0 , Clerk
USDC EDCA

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 10/23/2009 |
| NAME OF SERVER (PRINT) ROBERT E BRAZIER SR | TITLE BARDIN V. COUNTRYWIDE HOME LOANS INC.., ET AL; |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ / eIt FRSIeVthereRI D. the deIendDnt'VdweOng hRuVé Rr usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
  SERVED THROUGH CERTIFIED MAIL TO DEF BAC HOME LOANS SERVICING LP AT 2595 W. CHANDKER CHANDLER AZ, 85224

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $75.00 | TOTAL $75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the r nited States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/23/2009         *Robert E Brazier* (signature)
              Date                Signature of Server

2882 Prospect Park Dr. ste 350 Rancho Cordova Ca
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.