```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA


WILLIAM D. BARDIN,                    )   2:09-cv-1593-GEB-KJM
                                      )
          Plaintiff,                  )   DISMISSAL ORDER
                                      )
     v.                               )
                                      )
COUNTRYWIDE HOMELOANS, INC.; BAC      )
HOME LOANS SERVICING, LP, A           )
SUBSIDIARY OF BANK OF AMERICA, NA;    )
MORTGAGE ELECTRONIC REGISTRATION      )
SYSTEMS, INC.; US FUNDING GROUP,      )
INC.; JOHN MORRIS,¹                   )
                                      )
          Defendants.                 )
_____)
```

On January 18, 2010 Plaintiff and Defendant AmericanHomeKey, Inc. filed a stipulation ("stipulation") to dismiss Plaintiff's First Amended Complaint ("FAC") without prejudice. (See Docket No. 34). A proposed order was also filed on January 18, 2010, that appears to dismiss Plaintiff's FAC without prejudice; however, Plaintiff only intends to dismiss Defendant AmericanHomeKey, Inc. without prejudice since Plaintiff and other named Defendants filed a joint status report on the same day Plaintiff and Defendant AmericanHomeKey, Inc. filed their stipulated dismissal document. (See Docket No. 36).

Therefore, in accordance with the stipulation, Defendant

---

¹ The caption has been amended according to the Dismissal of Dioe Defendants portion of this Order.

1

AmericanHomeKey is dismissed without prejudice from this case, and Plaintiff's claim under the Truth in Lending Act, which is only alleged against AmericanHomeKey, is also dismissed without prejudice.

Dated: January 29, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge